# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODNEY LANG,<br>　　　　Plaintiff | :<br>:<br>: |
| vs. | : Civil Action No. 07-cv-0162 |
| OBERG INDUSTRIES, INC.,<br>　　　　Defendant | :<br>:<br>: |

## STIPULATION

Plaintiff, by his attorneys, Sidney L. Gold & Associates, P.C., and Defendant, Oberg Industries, Inc., by its attorney, William J. Payne, Esq., hereby **STIPULATE** and **AGREE** that the parties have settled the above-captioned matter and that the Plaintiff's Complaint shall be dismissed in its entirety against Defendant by the Court, with prejudice, and that each party shall be responsible for its own costs, expenses, and attorneys' fees.

SIDNEY L. GOLD & ASSOCIATES, P.C.　　　STEVENS & LEE, P.C.

By: _____　　　　　　　　By: _____　4/27/07
Sidney L. Gold, Esquire　　　　　　　　　William J. Payne, Esquire.
Attorney I.D. No. 21374　　　　　　　　　Attorney I.D. No. 32071
Kerry Malloy Snyder, Esquire　　　　　　 620 Freedom Business Center
Attorney I.D. No. 201412　　　　　　　　 Suite 200
1835 Market Street, Suite 515　　　　　　P.O. Box 62330
Philadelphia, PA 19103　　　　　　　　　 King of Prussia, PA 19406
(215) 569-1999　　　　　　　　　　　　　(610) 205-6041
Fax: (215) 569-3870　　　　　　　　　　 Fax: (610) 371-7987
sgold@discrimlaw.com　　　　　　　　　　wjp@stevenslee.com

Attorneys for Plaintiff　　　　　　　　　 Attorneys for Defendant

03/27/07/SL1 710121v2/102180.00001

APPROVED BY THE COURT AND ENTERED THIS 1st DAY OF JUNE, 2007.

_____ J.
**UNITED STATES DISTRICT JUDGE**